United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 18-18404-amc |
|---|---|
| Juan M Mendez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan M Mendez, 3053 N Orkney Street, Philadelphia, PA 19133-3225 |
| 14794967 | | Bureaus Investment Group Portfolio NO 15 LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14250404 | + | Joshua McNamara, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 14251195 | + | Synchrony Bank, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 23 2024 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14794966 | | Email/Text: bnc-thebureaus@quantum3group.com | Apr 23 2024 00:02:00 | Bureaus Investment Group Portfolio NO 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14256555 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2024 00:20:13 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14250399 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2024 00:20:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14250400 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 23 2024 00:20:20 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14252971 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 23 2024 01:05:46 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14266263 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 23 2024 00:20:14 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14253046 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 23 2024 00:20:39 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14266365 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 23 2024 00:20:13 | Capital One Auto Finance,a division of Capital One, P.O. Box 4360, Houston, TX 77210-4360 |
| 14250401 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2024 00:02:00 | Comenitycapital/modell, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14250412 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2024 00:20:43 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14281503 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2024 00:02:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 14253674 | | Email/Text: mrdiscen@discover.com | Apr 23 2024 00:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14250402 | + | Email/Text: mrdiscen@discover.com | Apr 23 2024 00:02:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14250403 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 23 2024 00:20:33 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14250405 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 00:02:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14272939 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 00:02:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14276637 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2024 00:20:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14275570 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2024 00:20:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14250903 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2024 00:20:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14250408 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2024 00:20:40 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14259956 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2024 00:02:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14250411 | + | Email/Text: bnc-thebureaus@quantum3group.com | Apr 23 2024 00:02:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14253048 | *+ | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14250406 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14250407 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14250409 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14250410 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14251196 | *+ | Synchrony Bank, PO Box 41021, Norfolk, VA 23541-1021 |
| 14251312 | *+ | Synchrony Bank, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2024         Signature:    /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 22, 2024 | Form ID: 138OBJ | Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Juan M Mendez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Juan M Mendez

        Debtor(s)

Case No: 18−18404−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/22/24